UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEWIS S. STRODA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C09-5112BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 17). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED** because the ALJ properly concluded that Plaintiff was not disabled.

DATED this 11th day of January, 2010.

                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER