AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEWIS S. STRODA

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

CASE NUMBER: C09-5112BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because the ALJ properly concluded that Plaintiff was not disabled..

| | |
|---|---|
| January 12, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |